■ US BANK NATIONAL ASSOCIATION, Respondent, v GAUNTLET BROWN, Appellant, et al., Defendants. [29 NYS3d 171]—

Appeal from the decision, Supreme Court, Bronx County (Sharon A.M. Aarons, J.), entered September 30, 2014, which granted plaintiff's motion for an order appointing a referee to ascertain the amount due to it, unanimously dismissed, without costs, as taken from a nonappealable paper.

The motion court's decision directed the parties to submit an order on notice. The record does not contain the settled order that the motion court directed to implement its decision. No appeal lies from a decision (*see* CPLR 5512 [a]; *Gunn v Palmieri*, 86 NY2d 830 [1995]), or from an appealed paper directing the settlement of an order (*see Murray Hill Manor Co. v Destination Paradise*, 266 AD2d 132 [1999]).

Since the issues raised herein are not properly before us, the appeal must be dismissed (*see Rodriquez v Chapman-Perry*, 63 AD3d 645, 646 [2009]). Concur—Tom, J.P., Sweeny, Manzanet-Daniels, Gische and Gesmer, JJ.